# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ginger McCollum,<br>Plaintiff<br><br>v.<br><br>Palisades Collection L.L.C,<br>Defendant | Docket 3:10-cv-2093-RPC<br><br>(JUDGE RICHARD P. CONABOY)<br><br>FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal (Doc. 8), IT IS ORDERED that this action is hereby dismissed without costs and with prejudice.

The Clerk of Court is directed to close the case.

Date: 12-15-10

Richard P. Conaboy
United States District Judge

FILED
SCRANTON

DEC 15 2010

PER _____
DEPUTY CLERK